IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAM B. GALVAN, | | |
| Plaintiff, | | 1: 08  CV  01781 OWW YNP GSA (PC) |
| vs. | | ORDER RE: FINDINGS & RECOMMENDATIONS (#19) |
| A. HEDGPETH, et al., | | |
| Defendants. | | |

       Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On June 1, 2009, findings and recommendations were entered, recommending dismissal of certain claims.  Plaintiff was provided an opportunity to file objections within thirty days.  On June 22, 2009, plaintiff was granted a thirty day extension of time to file objections to the findings and recommendations.  Plaintiff has not filed objections.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 22, 2009, are adopted in full; and

2. Plaintiff's claims against Defendans Ayers and Hedgpeth are dismissed.

3. This action is remanded to the Magistrate Judge for proceedings against Defendant Shittu.

IT IS SO ORDERED.

**Dated:   August 6, 2009**                    /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE